Fill in this information to identify the case:

Debtor name: **Integrity Real Estate, LLC**
United States Bankruptcy Court for the: **DISTRICT OF COLORADO**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cox Law Firm<br>718 Wilcox St<br>Castle Rock, CO 80104 | | Legal retainer | | | | $850.00 |
| G&I IX MJW Cherry Creek LLC<br>PO Box 913166<br>Denver, CO 80291 | | Lease for office space at 4500 E Cherry Creek S Drive, Suite 260, Glendale, CO 80246 | | | | $13,744.00 |
| Keller Williams Realty International<br>1221 S Mopac Expressway, Suite 400<br>Austin, TX 78746 | | Franchise fees and Royalty fees | | | | $27,000.00 |
| Kimberly Austin<br>c/o Adam Massaro<br>1900 Sixteenth Street, Suite 950<br>Denver, CO 80202 | | Lawsuit | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| Pacific Office Automation<br>PO Box 825736<br>Philadelphia, PA 19182 | | Monthly Lease for Printer | | | | $1,692.84 |
| Propel Technology<br>8870 Misty Lake Ct<br>Colorado Springs, CO 80908 | | Monthly Lease for IT Support and Routers | | | | $379.86 |
| Quench<br>630 Allendale Rd, Suite 200<br>King of Prussia, PA 19406 | | Monthly Lease for Water Cooler | | | | $303.61 |