**Fill in this information to identify the case:**

Debtor name **Integrity Real Estate, LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known) **24-16853 TBM**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | ■ Operating a business ☐ Other _____ | $487,334.03 |
| **For prior year:** From **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other _____ | $773,021.27 |
| **For year before that:** From **1/01/2022** to **12/31/2022** | ■ Operating a business ☐ Other _____ | $1,235,462.27 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | **Desk rentals and monthly payments from agents** | $169,837.63 |
| **For prior year:** From **1/01/2023** to **12/31/2023** | **Desk rentals and monthly payments from agents** | $260,452.85 |
| **For year before that:** From **1/01/2022** to **12/31/2022** | **Desk rentals and monthly payments from agents** | $291,963.93 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | **Integrity Real Estate, LLC** | Case number *(if known)* | **24-16853 TBM** |
|---|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **G&I IX MJW Cherry Creek LLC**<br>**PO Box 913166**<br>**Denver, CO 80291** | **9/1/2024 - $13,744**<br>**10/1/2024 - $13,744**<br>**11/1/2024 - $13,744** | **$41,232.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease for office space at 4500 E Cherry Creek S Drive, Suite 260, Glendale, CO 80246** |
| 3.2. **Keller Williams Realty International**<br>**1221 S Mopac Expressway, Suite 400**<br>**Austin, TX 78746** | **9/1/2024 - $27,000**<br>**10/1/2024 - $27,000**<br>**11/1/2024 - $27,000** | **$81,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Franchise fees and Royalty fees** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Brendan Bartic**<br>**8080 Donatello Court**<br>**Littleton, CO 80125**<br>**Owner and Operating Principal** | **Paid monthly on the 15th of each month** | **$48,000.00** | **$4,000 paid monthly for Operating Principal Salary** |
| 4.2. **Owen Brumback**<br>**4260 W 105th Place**<br>**Westminster, CO 80031**<br>**Owner** | **Paid monthly on the 5th of each month** | **$4,710.30** | **Profit Share Plus Bonus Program** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

| Debtor | **Integrity Real Estate, LLC** | | Case number *(if known)* | **24-16853 TBM** |

---

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Integrity Real Estate, LLC, Plaintiff/Counterclaim Defendant v. Kimberly Austin, Defendant/Counterclaim and Third-Party Plaintiff v. Brendan Bartic and Elite Home Partners, Ltd., f/k/a BJB Enterprises, LLC**<br>**2023CV033608** | **Breach of Contract** | **Denver County District Court**<br>**1437 Bannock Street**<br>**Denver, CO 80202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Various Recipients** | **Sympathy flowers and birthday gifts** | **Various dates within the last 2 years** | **$2,128.02** |
| | Recipients relationship to debtor | | | |

## Part 5:   Certain Losses

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11.   Payments related to bankruptcy**

Debtor **Integrity Real Estate, LLC**      Case number *(if known)* **24-16853 TBM**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Allen Vellone Wolf Helfrich & Factor, P. 1600 Stout Street Suite 1900 Denver, CO 80202** | **Chapter 11 Retainer** | **10/23/2024** | **$25,000.00** |
| **Email or website address jweinman@allen-vellone.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**  Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **50 S Steele Street, Suite 700 Denver, CO 80209** | **1/2015 to 2/1/2024** |

**Part 8:**  Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor   **Integrity Real Estate, LLC**          Case number *(if known)*   **24-16853 TBM**

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First Bank** | **XXXX-8990** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed 9/24/2024. Balance transferred to Chase Bank** | **$149,174.94** |
| 18.2. | **First Bank** | **XXXX-0915** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed 9/24/2024. Balanced transferred to Chase Bank Money Market account.** | **$78,665.77** |
| 18.3. | **Blackswift investment company** | **XXXX-5361** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other___ | **Transferred on 4/9/2024 to cover operating expenses** | **$41,044.55** |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor  **Integrity Real Estate, LLC**　　　　　　　　　　　　　　　　Case number *(if known)*  **24-16853 TBM**

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**　**Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**　**Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.**　**Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.**　**Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.**　**Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**　**Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor   **Integrity Real Estate, LLC**                    Case number (if known)   **24-16853 TBM**

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Jennie Franklin** **3550 Uinta St Unit 6** **Denver, CO 80238** | **5/8/2024 - current** |
| 26a.2. **Meg Everett** **2715 S Saint Paul St** **Denver, CO 80246** | **10/2023 - 6/2024** |
| 26a.3. **Support Speedy Virtual Bookkeeper** | **10/2023 - 6/2024** |
| 26a.4. **Melissa Parks/Easley** **7370 E Florida Ave Apt 1018** **Denver, CO 80231** | **8/5/2020 - 5/2023** |
| 26a.5. **Makenzie O'Dell** **3650 S Broadway Apt A401** **Englewood, CO 80013** | **4/12/2023 - 10/2023** |
| 26a.6. **Meg Peterson** **1662 Adams St** **Denver, CO 80206** | **3/30/2020 - 11/2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Jennie Franklin** **3550 Uinta St Unit 6** **Denver, CO 80238** | |
| 26c.2. **Max Pollack, CPA** **Pollack Accounting & Tax** **5810 W 38th Ave Ste 4** **Wheat Ridge, CO 80212** | |
| 26c.3. **All Owners Listed Below in Question 28** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

Debtor   **Integrity Real Estate, LLC**                                    Case number *(if known)*   **24-16853 TBM**

**27. Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brendan Bartic | 8080 Donatello Court Littleton, CO 80125 | Owner | 15.498 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Owen Brumback | 4260 W 105th Place Westminster, CO 80031 | Owner | 14.861 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Chuck Buckingham | 2746 Tamarac St Denver, CO 80238 | Owner | 10.0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Christina Paulson | 4260 W 105th Place Westminster, CO 80031 | Owner | 14.810 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mike Weiman | 4200 West 17th Ave Unit 1105 Denver, CO 80204 | Owner | 8.5 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Berkley | 4923 Lowell Blvd, Unit #4 Denver, CO 80221 | Owner | 3.0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jordan Sherrill | 1564 S Milwaukee St Denver, CO 80210 | Owner | 3.0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeff Lovato | 11278 E Iowa Drive Aurora, CO 80012 | Owner | 3.0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kazan Clark | 16193 W 66th Circle Arvada, CO 80007 | Owner | 3.0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kevin Root | 3300 Bruce Randolph Ave Denver, CO 80205 | Owner | 3.0 |

Debtor **Integrity Real Estate, LLC**          Case number *(if known)* **24-16853 TBM**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|------------------------------------|----------------------|
| **Kimberly Austin** | **300 Race Street Denver, CO 80206** | **Owner** | **8.0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|------------------------------------|----------------------|
| **Michelle Berzins** | **844 N Marion Street Denver, CO 80218** | **Owner** | **5.0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|------------------------------------|----------------------|
| **Sharon Mann** | **3701 E Florida Ave Denver, CO 80210** | **Owner** | **8.331** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|------------------------------------|--------------------------------------------------|
| **Janine Ruscetta** | **PO Box 910 Bennett, CO 80102** | **5% Owner on 3/31/2023 - Currently 0% Owner** | **Through 3/31/2023** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | **Brendan Bartic 8080 Donatello Court Littleton, CO 80125** | **$48,000 Salary in monthly payments of $4,000 each** | **Paid on the 15th day of each month** | **$4,000 monthly for Operating Principal Salary** |
| | **Relationship to debtor** **Owner and Operating Principal** | | | |
| 30.2. | **Owen Brumback 4260 W 105th Place Westminster, CO 80031** | **$4,710.30** | **Paid on the 5th day of each month** | **Monthly payments for Profit Share Plus Bonus Program** |
| | **Relationship to debtor** **Owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

Debtor  **Integrity Real Estate, LLC**                                    Case number *(if known)*  **24-16853 TBM**

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 27, 2024**

**/s/ Brendan Bartic**                                        **Brendan Bartic**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Operating Principal**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name  **Integrity Real Estate, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **24-16853 TBM**

☐ Check if this is an
   amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

Part 1:   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

  **1a. Real property:**
  Copy line 88 from *Schedule A/B*..................................................................................   $ _____0.00_

  **1b. Total personal property:**
  Copy line 91A from *Schedule A/B*..............................................................................   $ _____376,989.96_

  **1c. Total of all property:**
  Copy line 92 from *Schedule A/B*................................................................................   $ _____376,989.96_

Part 2:   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................   $ _____0.00_

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

  **3a. Total claim amounts of priority unsecured claims:**
  Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................   $ _____0.00_

  **3b. Total amount of claims of nonpriority amount of unsecured claims:**
  Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$ _____43,970.31_

4.   Total liabilities ......................................................................................
     Lines 2 + 3a + 3b

     $ _____43,970.31_

**Fill in this information to identify the case:**

Debtor name **Integrity Real Estate, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **24-16853 TBM**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1.  **Chase Bank operating account** | **Checking** | **1957** | $35,877.36 |
| 3.2.  **Chase Bank E&O** | **Checking** | **1965** | $58,596.49 |
| 3.3.  **Chase Bank special events** | **Checking** | **1973** | $74,205.71 |
| 3.4.  **Chase Bank** | **Money Market** | **0958** | $78,667.83 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $247,347.39 |
|---|---|

**Part 2:**      **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

Debtor **Integrity Real Estate, LLC**                          Case number *(If known)* **24-16853 TBM**
      Name

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

    7.1.  **G&I IX MJW Cherry Creek LLC - for Suite 240**                          $43,918.32

    7.2.  **G&I IX MJW Cherry Creek LLC - for Suite 260**                          $41,313.39

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                          | $85,231.71 |

    Add lines 7 through 8. Copy the total to line 81.

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **41,825.96** | - | **0.00** | =.... | $41,825.96 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **1,359.90** | - | **0.00** | =.... | $1,359.90 |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**                                                          | $43,185.86 |

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Debtor    **Integrity Real Estate, LLC**                    Case number *(If known)*  **24-16853 TBM**
Name

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** **Desks and chairs - depreciated salvage value of $0.00. New desks and furniture in Debtor's leased space are not owned by the Debtor, but are part of office lease.** | $0.00 | | $0.00 |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software Computers and TVs - depreciated salvage value of $0.00. New computer systems and office equipment in Debtor's leased space are not owned by the Debtor, but are part of office lease.** | $0.00 | | $0.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                     | $0.00 |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

Debtor   **Integrity Real Estate, LLC**                    Case number *(If known)*  **24-16853 TBM**
         Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties**<br>Keller Williams franchise | $0.00 | | $1,225.00 |

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**

| | Current value of debtor's interest |
|---|---|
| | $1,225.00 |

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **Integrity Real Estate, LLC**                                    Case number *(If known)*  **24-16853 TBM**
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $247,347.39 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $85,231.71 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $43,185.86 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,225.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $376,989.96 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $376,989.96 |

**Fill in this information to identify the case:**

Debtor name   **Integrity Real Estate, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **24-16853 TBM**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name __**Integrity Real Estate, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) __**24-16853 TBM**__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Colorado Department of Revenue**<br>**1375 Sherman Street**<br>**Denver, CO 80261**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __For Notice Purposes Only__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Cox Law Firm**<br>**718 Wilcox St**<br>**Castle Rock, CO 80104**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Legal retainer__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$850.00** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**G&I IX MJW Cherry Creek LLC**<br>**PO Box 913166**<br>**Denver, CO 80291**<br><br>Date(s) debt was incurred __1/2024__<br>Last 4 digits of account number __1884__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Lease for office space at 4500 E Cherry Creek S Drive, Suite 260, Glendale, CO 80246__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$13,744.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Internal Revenue Service**<br>**1999 Broadway**<br>**MS 500 DEN SC**<br>**Denver, CO 80202**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __For Notice Purposes Only__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Debtor **Integrity Real Estate, LLC**                    Case number (if known)   **24-16853 TBM**
Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,000.00** |
|---|---|---|---|

**Keller Williams Realty International**
**1221 S Mopac Expressway, Suite 400**
**Austin, TX 78746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Franchise fees and Royalty fees**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kimberly Austin**
**300 Race Street**
**Denver, CO 80206**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Lawsuit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,692.84** |
|---|---|---|---|

**Pacific Office Automation**
**PO Box 825736**
**Philadelphia, PA 19182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Monthly Lease for Printer**

Last 4 digits of account number  **9379**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$379.86** |
|---|---|---|---|

**Propel Technology**
**8870 Misty Lake Ct**
**Colorado Springs, CO 80908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Monthly Lease for IT Support and Routers**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$303.61** |
|---|---|---|---|

**Quench**
**630 Allendale Rd, Suite 200**
**King of Prussia, PA 19406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Monthly Lease for Water Cooler**

Last 4 digits of account number  **9467**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Lauren E.M. Thompson**<br>**Daniel K. Calisher**<br>**Foster Graham Milstein & Calisher, LLP**<br>**360 S Garfield Street, 6th Floor**<br>**Denver, CO 80209** | Line  **3.6**<br><br>☐ Not listed. Explain ____ | __ |

---

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ |
| | | | **0.00** |

Debtor   **Integrity Real Estate, LLC**                                    Case number (*if known*)   **24-16853 TBM**
         _____
         Name

**5b. Total claims from Part 2**                          5b.  **+**  $                    43,970.31

**5c. Total of Parts 1 and 2**                           5c.       $                    43,970.31
    Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name  **Integrity Real Estate, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)  **24-16853 TBM**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Office Lease for office space located at 4500 E Cherry Creek S Drive, Suite 260, Glendale, CO 80246. Monthly payments of $13,744.** |
| State the term remaining | |
| List the contract number of any government contract | **G&I IX MJW Cherry Creek LLC**<br>**PO Box 913166**<br>**Denver, CO 80291** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Monthly Lease for Franchise Fees and Royalty Fees. Payments are $27,000.00 per month.** |
| State the term remaining | |
| List the contract number of any government contract | **Keller Williams Realty International**<br>**1221 S Mopac Expressway, Suite 400**<br>**Austin, TX 78746** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Printer Lease. Monthly payments of $1,692.84.** |
| State the term remaining | |
| List the contract number of any government contract | **Pacific Office Automation**<br>**PO Box 825736**<br>**Philadelphia, PA 19182** |

Debtor 1 **Integrity Real Estate, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*   **24-16853 TBM**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Monthly Lease for IT Support and Routers. Payments are $379.86 per month.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Propel Technology**<br>**8870 Misty Lake Ct**<br>**Colorado Springs, CO 80908** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Monthly Lease for Water Cooler. Payments are $303.61 per month.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Quench**<br>**630 Allendale Rd, Suite 200**<br>**King of Prussia, PA 19406** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor has several Active Listing Contracts as part of its real estate business. Debtor is attaching its current Listing Contracts as an exhibit to Schedule G, which are being filed under seal.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Various Listing Contracts** |

| Fill in this information to identify the case: |
|---|

Debtor name   **Integrity Real Estate, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **24-16853 TBM**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  |  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Brendan Bartic** | **8080 Donatello Court Littleton, CO 80125** | **Kimberly Austin** | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Integrity Real Estate, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **24-16853 TBM**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 27, 2024**   X **/s/ Brendan Bartic**
_____    _____
                                    Signature of individual signing on behalf of debtor

                                    **Brendan Bartic**
                                    _____
                                    Printed name

                                    **Operating Principal**
                                    _____
                                    Position or relationship to debtor