**Single Line**

| Listing ID | St | SType | List Agent Full Name | Address | City | Price | Bd | Bth | Days In MLS |
|---|---|---|---|---|---|---|---|---|---|
| 8041749 | A | SFR | Lina Krylov | 1494 Ebony Drive | Castle Rock | $649,900 | 5 | 4 | 1 |
| 2124358 | A | SFR | Lina Krylov | 6059 S Quemoy Way | Aurora | $585,000 | 3 | 2 | 6 |
| 6457883 | A | SFR | Destinee Coons | 17847 E 95th Avenue | Commerce City | $560,000 | 3 | 3 | 14 |
| 4341936 | A | CON | Mitch Helfer | 7665 E Eastman Avenue Unit# 106A | Denver | $220,000 | 1 | 1 | 21 |
| 6894639 | A | TWH | Jim Loveridge | 4505 S Yosemite Street Unit# 102 | Denver | $1,150,000 | 5 | 3 | 20 |
| 1520249 | A | SFR | Tanya Lopez-Portillo | 1219 E 7th Street | Pueblo | $75,000 | 1 | 1 | 22 |
| 2086077 | A | CON | Jeff Lovato | 445 Wright Street Unit# 111 | Lakewood | $310,000 | 2 | 1 | 19 |
| 5085998 | A | CON | Kathryn Joyce Bartic | 40 S Boulder Circle Unit# 4014 | Boulder | $335,000 | 1 | 1 | 25 |
| 4300216 | A | TWH | Jim Loveridge | 1244 S Uvalda Street | Aurora | $258,000 | 2 | 1 | 39 |
| 5580706 | A | CON | Trevor Okamoto | 1192 S Zeno Way Unit# F | Aurora | $308,500 | 2 | 3 | 34 |
| 8289425 | A | SFR | Kathryn Joyce Bartic | 19923 E Long Avenue | Centennial | $1,649,000 | 8 | 7 | 33 |
| 4051490 | A | CON | Chuck Buckingham | 12574 W 1st Place | Lakewood | $545,000 | 4 | 4 | 19 |
| 6812690 | A | SFR | Jamik Sabir | 9116 Warriors Mark Drive | Franktown | $1,399,000 | 4 | 3 | 39 |
| 9123604 | A | SFR | Jim Loveridge | 1173 Williams Loop | Elizabeth | $680,000 | 5 | 3 | 55 |
| 7961136 | A | SFR | Lily Lopez | 1810 Youngfield Court Unit# A | Golden | $590,000 | 3 | 2 | 60 |
| 3351263 | A | FNR | Ernie Duran | 8648 Lake Davis Road | Pueblo | $899,000 | 0 | 2 | 67 |
| 6357680 | A | SFR | Jim Loveridge | 6017 Merchant Place | Parker | $1,375,000 | 5 | 7 | 67 |
| 5581853 | A | CON | Jamik Sabir | 15390 E Arizona Avenue Unit# 104 | Aurora | $189,900 | 1 | 1 | 68 |
| 9999697 | A | SFR | Jim Loveridge | 13577 W Alaska Drive | Lakewood | $849,000 | 6 | 4 | 74 |
| 9194472 | A | SFR | Gabriela Sandoval | 7547 E 159th Place | Thornton | $600,000 | 5 | 3 | 74 |
| 7669540 | A | CON | Trevor Okamoto | 8200 E 8th Avenue Unit# 7103 | Denver | $350,000 | 2 | 2 | 53 |
| 8453199 | A | SFR | Rupjot Nagra | 7916 S Grand Baker Way | Aurora | $959,000 | 5 | 5 | 70 |
| 9964944 | A | DUP | Ernie Duran | 360 S Bryant Street | Denver | $619,999 | 2 | 2 | 81 |
| 2901999 | A | SFR | Jay McBeth | 26722 E Peakview Place | Aurora | $825,000 | 4 | 3 | 76 |
| 4008526 | A | CON | Natalie Austin | 19049 E Warren Drive Unit# 104 | Aurora | $299,999 | 2 | 1 | 74 |
| 2858925 | A | SFR | Kathryn Joyce Bartic | 4619 Shoshone Street | Denver | $970,000 | 4 | 4 | 68 |
| 3144960 | A | SFR | Tanya Lopez-Portillo | 1751 Aquamarine Drive | Brighton | $565,000 | 5 | 3 | 83 |
| 3506860 | A | CON | Jacqueline Vazquez | 14341 E Tennessee Avenue Unit# 30 | Aurora | $288,000 | 2 | 2 | 96 |
| 3008464 | A | TWH | Jim Loveridge | 3685 S Granby Way | Aurora | $299,900 | 3 | 2 | 99 |
| 3225614 | A | CON | Kevin Bird | 471 S Kalispell Way Unit# 107 | Aurora | $280,000 | 2 | 2 | 107 |
| 2429250 | A | TWH | Jyll Overton | 2490 S Worchester Court Unit# E | Aurora | $365,000 | 3 | 2 | 67 |
| 1911199 | A | SFR | Jim Loveridge | 2094 Fulton Street | Aurora | $490,000 | 3 | 1 | 102 |
| 5362243 | A | SFR | Natalie Austin | 13031 S Bonney Street | Parker | $554,995 | 4 | 4 | 65 |
| 3658428 | A | TWH | Jim Loveridge | 14324 E Hawaii Circle Unit# E | Aurora | $277,400 | 2 | 1 | 123 |
| 4936501 | A | TWH | Tanya Lopez-Portillo | 4348 W 118th Place | Westminster | $630,000 | 3 | 4 | 104 |
| 4738502 | A | TWH | Jim Loveridge | 11273 Osage Circle Unit# E | Northglenn | $459,000 | 2 | 3 | 132 |
| 4463417 | A | SFR | Jim Loveridge | 8500 Golden Eye Drive | Parker | $549,900 | 4 | 4 | 76 |
| 2315691 | A | ULN | Chris Kienke | 0 S Turkey Creek Road | Morrison | $300,000 | | | 139 |
| 3260891 | A | ULN | Deja Hawkins | 7111 County Road 43 | Bailey | $185,000 | | | 140 |
| 9183124 | A | DUP | Ernie Duran | 395 S Canosa Court Unit# A & B | Denver | $588,999 | 4 | 2 | 131 |
| 2808998 | A | SFR | Ernie Duran | 395 S Canosa Court Unit# A & B | Denver | $588,999 | 4 | 2 | 107 |
| 8819642 | A | SFR | Ernie Duran | 4805 Pearcrest Court | Pueblo | $464,900 | 4 | 3 | 165 |
| 6378722 | A | TWH | Jacqueline Vazquez | 16077 E Elk Place | Denver | $430,000 | 3 | 3 | 168 |
| 4328613 | A | ULN | John Taylor | 14336 Wamblee Trail | Conifer | $115,000 | | | 182 |
| 3715982 | A | CON | James Berkley | 925 N Lincoln Street Unit# 8E-S | Denver | $372,500 | 1 | 1 | 187 |
| 3839123 | A | DUP | Ernie Duran | 56 S Harlan Street | Lakewood | $799,000 | 4 | 2 | 190 |

**Exhibit to Schedule G**
**Page 1 of 2**

| Listing ID | St | SType | List Agent Full Name | Address | City | Price | Bd | Bth | Days In MLS |
|---|---|---|---|---|---|---|---|---|---|
| 6442130 | A | SFR | Sydni Taylor | 6751 S Clarkson Street | Centennial | $640,000 | 5 | 3 | 198 |
| 6600013 | A | ULN | Trevor Okamoto | 1756 Eiger Road | Livermore | $99,900 | | | 223 |
| 4855056 | A | CON | Kathryn Joyce Bartic | 2193 Arapahoe Street Unit# 5 | Denver | $300,000 | 1 | 1 | 262 |
| 4563153 | A | MLF | James Button | 635 Stonebridge Drive | Longmont | $469,000 | 3 | 3 | 273 |